UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL FRIERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>U. OJEDA,<br><br>        Defendant. | No. 1:14-cv-00553-DAD-GSA<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |

On March 28, 2017, the parties filed a stipulation to dismiss this case with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. No. 58.) In light of the parties' stipulation, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party.

Accordingly, the Clerk of Court is directed to close the case and to terminate all pending motions (*see* Doc. No. 54) as having been rendered moot.

IT IS SO ORDERED.

Dated: **May 15, 2017**

                                              UNITED STATES DISTRICT JUDGE